# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE – COURTROOM 3A

**Case #:** 3:15-CR-107  **Date:** July 12, 2019

United States of America  **vs.**  Brandon Estes

**Present before:** Honorable H. Bruce Guyton, Chief United States Magistrate Judge

| Mallory Garringer | ECRO | Erin Yancy |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Caryn Hebets | Jonathan Moffatt, Fed. Def. |
|---|---|
| **Asst. U.S. Attorney** | **Attorney(s) for Defendant(s)** |

**Proceedings:** Parties present for an initial appearance on a petition for warrant for offender under supervision.

- [✓] Defendant sworn.
- [✓] Defendant requested appointment of counsel and submitted financial affidavit.
- [✓] Court approved financial affidavit and appointed counsel
- [ ] Defendant present with retained counsel.
- [✓] Government requested detention of the defendant:
    - [✓] Defendant waived and reserved the right to a detention hearing.
    - [ ] Defendant requested detention hearing.
        - [ ] Detention hearing set.   [ ] Detention hearing held.
- [ ] Parties agreed to conditions on which the defendant could be released.
- [ ] Defendant requested a preliminary hearing
    - [ ] Preliminary hearing held.   [ ] Preliminary hearing set.
- [✓] Defendant waived and reserved right to a preliminary hearing.
- [✓] Court set revocation hearing to be held before the District Judge.

**Dates set at this hearing:**
- [✓] **Revocation Hearing:** August 19, 2019 at 10:00 a.m. before District Judge Phillips
- [ ] **Detention Hearing:**
- [ ] **Preliminary Hearing:**
- [ ] **Other Hearing:**

[✓] Defendant remanded to custody.   [ ] Defendant released on Order Setting Conditions of Release.

**Time:** 2:00 p.m.   to   2:15 p.m.

(●) I, Mallory Garringer, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.  Knox-DCR_ 315cr107 _ 071219 _ 140002